**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

CITY OF WINTER HAVEN,
a Florida municipal corporation,

    Plaintiff,

vs.                               Case No. 08:09CV-00190-T-17EAJ

CLEVELAND INDIANS BASEBALL
COMPANY, LP, an Ohio limited partnership,

    Defendant.
_____/

## DEFENDANT'S MOTION TO DISMISS

Defendant, Cleveland Indians Baseball Company, LP, by and through its undersigned attorneys, hereby moves to dismiss Counts II and III of the Complaint for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) of the <u>Federal Rules of Civil Procedure</u> on the grounds that: (1) the claims for open account and account stated cannot be based on liquidated damages for breach of a written contract; (2) Plaintiff has not attached to the Complaint any "account"; and (3) the exhibits which are attached show that no such "open account" or "account stated" exists between Plaintiff and Defendant.

    Dated: February 20, 2009

                                          PETERSON & MYERS, P.A.

                                          By: **/S/ J. Davis Connor**
                                              J. Davis Connor, Esq.
                                             FBN 0713413
                                             P. O. Box 24628
                                             Lakeland, FL 33802-4628
                                             Telephone:   (863) 683-6511
                                             Facsimile:   (863) 904-1335
                                             Email:   jconnor@petersonmyers.com
                                             *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 20, 2009, I electronically filed the foregoing Motion with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel of record: Frederick J. Murphy, Jr., Boswell & Dunlap, LLP, P. O. Drawer 30, Bartow, FL 33831 and Warren Andrew Crawford, Esq. Boswell & Dunlap, LLP, P. O. Drawer 30, Bartow, FL 33831.

        **/S/ J. Davis Connor**_____
        J. Davis Connor, Esq.