UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CITY OF WINTER HAVEN,
a Florida municipal corporation,

vs.                                                        8:09-cv-190-T-17EAJ

CLEVELAND INDIANS BASEBALL COMPANY, LP,
an Ohio limited partnership,

_____/

## NOTICE OF APPEARANCE

NEAL L. O'TOOLE hereby notices his appearance on behalf of Plaintiff, CITY OF WINTER HAVEN, and requests that all pleadings and documents be served on the undersigned.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by U.S. Mail to John Murphy, Esq., Boswell & Dunlap, LLP, 245 S. Central Ave., Bartow, FL 33831; J Davis Connor, Esquire, Peterson & Myers, P.A., Post Office Box 7608, Winter Haven, FL 33883-7608, this 20th day of February, 2009.

Neal L. O'Toole
Florida Bar No. 0691267
LILLY, O'TOOLE & BROWN, LLP
310 East Main Street
Bartow, FL 33830
(863) 533-5525 – telephone
(863) 533-0505 – facsimile
Attorneys for Plaintiff

City of Winter Haven v. Cleveland Indians Baseball Company Limited Partnership    Doc. 9

Dockets.Justia.com