# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CITY OF WINTER HAVEN,
a Florida municipal corporation,

    Plaintiff,

vs.                                          Case No. 08:09CV-00190-T-17EAJ

CLEVELAND INDIANS BASEBALL
COMPANY, LP, an Ohio limited partnership,

    Defendant.
_____/

## DEFENDANT'S MOTION FOR EXTENSION OF TIME
## TO FILE AND SERVE A RESPONSE TO PLAINTIFF'S MOTION TO
## DISQUALIFY PETERSON & MYERS, P.A. FROM REPRESENTING DEFENDANT
## [UNOPPOSED]

      Defendant, Cleveland Indians Baseball Company, LP, by and through its undersigned attorneys, hereby moves for an extension of time of one week, up to and including April 10, 2009, to file and serve a response to the Plaintiff's Motion to Disqualify Peterson & Myers, P.A. From Representing Defendant in the above-entitled action on the grounds that due to the press of business, undersigned counsel requires more time to do the required legal research.

      Undersigned counsel certifies that he has conferred with counsel of record for the Plaintiff who has indicated that he does not oppose this motion being granted by the Court.

    Dated: March 30, 2009        PETERSON & MYERS, P.A.

                                              By:  s/ J. Davis Connor
                                                  J. Davis Connor, Esq.
                                                  FBN 0713413
                                                  P. O. Box 24628
                                                  Lakeland, FL 33802-4628
                                                  Telephone:    (863) 683-6511
                                                  Facsimile:     (863) 904-1335
                                                  Email:           jconnor@petersonmyers.com
                                                  *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 30, 2009, I electronically filed the foregoing Motion with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel of record: Frederick J. Murphy, Jr., Boswell & Dunlap, LLP, P. O. Drawer 30, Bartow, FL 33831 and Warren Andrew Crawford, Esq. Boswell & Dunlap, LLP, P. O. Drawer 30, Bartow, FL 33831.

          s/ J. Davis Connor
          J. Davis Connor, Esq.