UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CITY OF WINTER HAVEN,**

　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 8:09-CV-0190-T-17EAJ

**CLEVELAND INDIANS BASEBALL
COMPANY LIMITED PARTNERSHIP,**

　　**Defendant.**
_____/

## ORDER

This cause comes on for consideration of the following motion:

Motion:　　Defendant's **Motion for Extension of Time** (Dkt. 18).

Filing Date:　　March 30, 2009.

Disposition:　　**GRANTED**. Defendant represents that Plaintiff does not oppose this motion. The deadline for Defendant's response to Plaintiff's Motion to Disqualify Peterson & Myers, P.A. From Representing Defendant (Dkt. 15) is extended to April 10, 2009.

**DONE AND ORDERED** in Tampa, Florida on this 31st day of March, 2009.

　　　　　　　　　　　　　　　　　　　　ELIZABETH A JENKINS
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge