**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

CITY OF WINTER HAVEN,
a Florida municipal corporation,

       Plaintiff,

vs.                                Case No. 08:09CV-00190-T-17EAJ

CLEVELAND INDIANS BASEBALL
COMPANY, LP, an Ohio limited partnership,

       Defendant.
_____/

**STIPULATION EXTENDING TIME FOR THE PARTIES TO SERVE
INITIAL DISCLOSURES UNDER FED. R. CIV. P. 26(A)(1)**

      Plaintiff, City of Winter Haven, and Defendant, Cleveland Indians Baseball Company, LP, by and through their undersigned attorneys of record hereby stipulate pursuant to Rule 26(a)(1)(A) that the time provided by the parties' Case Management Report for the parties' initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) be extended until ten (10) business days after the Court issues its ruling on Plaintiff's pending Motion to Disqualify Peterson & Myers, P.A. from Representing Defendant.

      SO STIPULATED THIS 17th day of April, 2009.

                           LILY, O'TOOLE & BROWN, LLP

                           ***/S/* Neal L. O'Toole**
                           _____
                           Neal L. O'Toole, Esq.
                           Florida Bar No. 069127
                           310 East Main Street
                           Bartow, FL 33830
                           (863) 533-5525 - telephone
                           (863) 533-0505 – facsimile
                           Email: notoole@loblawyers.com
                           **Trial Counsel for Plaintiff**

PETERSON & MYERS, P.A.

*/S/* **J. Davis Connor**
_____

J. Davis Connor, Esq.
Florida Bar No. 0714313
P. O. Box 24628
Lakeland, FL 33802
(863) 904-1309 – telephone
(863) 904-1335 – facsimile
Email: jconnor@petersonmyers.com
**Trial Counsel for Defendant**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 17, 2009, I electronically filed the foregoing Stipulation with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:  Frederick J. Murphy, Jr., Boswell & Dunlap, LLP, P. O. Drawer 30, Bartow, FL  33831 and Warren Andrew Crawford, Esq. Boswell & Dunlap, LLP, P. O. Drawer 30, Bartow, FL  33831.

 **/S/ J. Davis Connor** _____
J. Davis Connor, Esq.